**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DEANGELO HAYES,

      Plaintiff,

    v.

CONTINENTAL TIRE THE AMERICAS,
LLC,

      Defendant.

Case No. 3:17-cv-00213-JPG-RJD

**MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

      The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 55.) That rule allows a plaintiff to dismiss an action if the stipulation is signed by all parties who have appeared. Those requirements are met here, so the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED:  OCTOBER 1, 2018**

                                      *s/ J. Phil Gilbert*
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**